UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:13-CR-054 JD |
| | ) | |
| DECARLO KNIGHTEN | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on July 15, 2013 [DE 22]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Decarlo Knighten's plea of guilty, ACCEPTS the plea agreement, and FINDS the defendant guilty of Count 4 of the Indictment, in violation of 18 U.S.C. § 922(g)(1).

SO ORDERED.

ENTERED: August 2, 2013

/s/ JON E. DEGUILIO
Judge
United States District Court